BROTHER INDUSTRIES (USA), INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND SMITH CORONA CORP., DEFENDANT-INTERVENOR

Court No. 91–11–00794

(Dated December 30, 1992)

*Hogan & Hartson (Lewis E. Leibowitz, Steven J. Routh* and *Joanne L. Leasure); Tanaka & O'Leary (Patrick F. O'Leary),* for plaintiff.

*Stuart M. Gerson,* Assistant Attorney General, *David M. Cohen,* Director, United States Department of Justice, Civil Division, Commercial Litigation Branch (*Patricia L. Petty*); *Dean A. Pinkert,* Office of the Chief Counsel for Import Administration, United States Department of Commerce, of counsel, for defendant.

*Stewart and Stewart (Eugene L. Stewart, Terence P. Stewart, James R. Cannon, Jr.* and *Charles A. St. Charles),* for defendant-intervenor.

## OPINION

RESTANI, *Judge:* Defendant-intervenor Smith Corona Corporation moves for a stay pending appeal of the judgment entered in this matter ordering the Commerce Department to complete its inquiry into plaintiff's standing to file an antidumping petition. *See Brother Industries (USA), Inc. v. United States,* 16 CIT 789, 796, 801 F. Supp. 751, 759 (1992), *appeal docketed,* No, 93–1010 (Fed. Cir. Sept. 14, 1992). The government supports the motion.

Brother's first basis for opposition is that the judgment entered is not a final appealable judgment and therefore stay pending appeal would be improper. *See Philip Brothers, Inc. v. United States,* 10 CIT 448, 640 F. Supp. 261 (1986). While the Court of Appeals has taken a strict view of finality for purpose of appeal of international trade decisions (*see Cabot Corp. v. United States,* 4 Fed. Cir. (T) 80, 83, 788 F.2d 1539, 1543 (Fed. Cir. 1986); *Badger-Powhatan v. United States,* 5 Fed. Cir. (T) 72, 75, 808 F.2d 823, 825 (Fed. Cir. 1986)), this action may be factually distinguishable from the cited cases and the law as to finality generally may have shifted somewhat.[1] We need not resolve these issues here. If the judgment is not an appealable one, the agency would be compelled to proceed as it would in the absence of a stay of a final judgment. *See Brother Industries (USA), Inc. v. United States,* 16 CIT 1006, Slip Op. 92–211 (Nov. 30, 1992). As the stay will not be granted because of the reasons discussed *infra,* the outcome is the same as it would be if the judgment were not final.

Brother also contends that the defendants have failed to satisfy the traditional four-part test for a stay. The court agrees.

As to the chances of success on appeal, Smith Corona has articulated the view that the court erred because it did not remand this matter for a

---

[1] In a recent decision, the Court of Appeals retreated from its position in *Cabot,* and held that remands may or may not be final, depending on their nature. *Travelstead v. Derwinski,* 978 F.2d 1244, 1249 (Fed. Cir 1992) (citing *Sullivan v. Finkelstein,* 496 U.S. 617 (1990)).

new Commerce determination on Brother's status as an interested party. As the court found that no reasonable interpretation of the record would support a finding of non-interestness under existing precedent, remand would not have been proper.[2]

Assuming that the decision writer may have difficulty seeing potential error in her opinion, the court is more concerned with evidence of irreparable harm and the hardships to the parties. Given the extraordinary amount of time and expense "Japanese" owned Brother and "British" owned Smith Corona have spent for more than a decade warring over trade issues, including the issue of who represents the "American" industry,[3] the court has a difficult time perceiving the irreparable harm to Smith Corona in participating in one more investigation. Moreover, Smith Corona has provided no detailed financial information which would demonstrate such harm.

The balance of hardships also does not favor Smith Corona. There has been a preliminary finding of injury. Any delay in obtaining antidumping relief presumably injures Brother. Smith Corona will be subjected to whatever duties are found owing under law. This is not a legally cognizable hardship.

If there is a public interest issue, it is in avoiding delay in obtaining relief from injury due to unfairly traded imports. The "countervailing" interest is in avoiding unnecessary waste of energy and expense, but no one has made a good case that denial of the stay likely would cause such a waste. While the government in particular has an understandable interest in avoiding administrative action if there is a *possibility* that appeal will moot its efforts, that is not a sufficient ground for a stay. The government raises no other grounds and Smith Corona has failed in its efforts to meet the four-part test.

ORDERED, motion for stay pending appeal denied.

## ORDER

### (Dated January 29, 1993)

RESTANI, *Judge*: Smith Corona Corporation moves to edit Slip Op. 92–232 issued in this action. The court does not believe the parties could be misled by the court's references to nationality of ownership, or could misperceive their purpose given the history of the underlying proceedings and the court's central decision herein. The purpose is obviously to remind the parties that flag-waving is inappropriate and to encourage closer attention to the standards set forth in the statute. The court also does not believe any essential fact is misstated.

---

[2] The court found that each underlying factual determination made by Commerce was supported. It was the ultimate application of the law to the facts which produced the erroneous result. *See Brother,* 16 CIT at 795–96, 801 F. Supp. at 758–59.

[3] Nationality of ownership is, of course, irrelevant to a determination of who may bring a petition for relief under the unfair trade laws of the United States. The threshold issue is whether the petitioner manufactures the relevant product in the United States. *See Brother Industries, Ltd. v. United States,* 16 CIT 1006, Slip Op. 92–231 (Dec. 30, 1992); *Brother Industries (USA), Inc. v. United States,* 16 CIT 789, 801 F. Supp. 751 (1992).

# ABSTRACTED CLASSIFICATION DECISIONS

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/1 1/9/92 Restani, J. | Mapei Canada, Ltd. | 91-6-00421 | 3214.90.50 8.8% or 6.6% | 3823.50.00 Free of duty | Agreed statement of facts | Champlain-Rouses Pt and Blaine, Wa. |
| C92/2 1/9/92 Restani, J. | Mobil Oil Corp. | 89-12-00647 | 475.25 1.25¢ per gallon or 50.5¢ per barrel | 475.30 .25¢ per gallon | Agreed statement of facts | Philadelphia Motor fuel |
| C92/3 1/9/92 Restani, J. | Sumitomo Corp. of America | 91-7-00542 | 606.83 5.5% or 4.7% | 607.17 1.9% | Agreed statement of facts | San Francisco Wire rod |
| C92/4 1/9/92 Restani, J. | Totes, Inc. | 90-12-00693 | 384.9135 17¢ per lb. + 27.5% | 376.56 7.6% | Agreed statement of facts | New York Ladies' 100% acrylic resin-coated nylon raincoats |
| C92/5 1/16/92 Restani, J. | Cavalier Label Co. | 89-11-00630 | 384.91 18¢ per lb. + 27.5% or 17¢ per lb. + 27.5% | 376.56 9.1%, or 7.6% | Agreed statement of facts | New York Outerwear apparel |
| C92/6 1/16/92 Restani, J. | Econoco Corp. | 90-9-00457 | 4202.92.45 20% | 3924.90.50 3.4% | Agreed statement of facts | New York Vinyl garment bags |
| C92/7 1/16/92 Restani, J. | Nissho Iwai American Corp. | 90-2-00076 | 700.95 12.5% | 700.85 8.5% or 700.45 10% | Mitsubishi Int'l Corp. v. U.S., 11 CIT 928 (1987) | Los Angeles Footwear |

# ABSTRACTED CLASSIFICATION DECISIONS – continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/8 1/24/92 Restani, J. | Domtar, Inc. | 91-6-00416 | 4802.52.10.00 Various rates | 4802.52.90.00 Various rates | Agreed statement of facts | Derbyline, VT Highgate VT and Sault St. Marie, MI Paper |
| C92/9 2/4/92 Restani, J. | E. Dillingham, Inc. | 88-1-00056 | 254.46 or 254.56 Various rates | 252.67 or 252.75 Various rates | Dillingham v. U.S., S.O. 91-40 | Champlain Printing paper or writing paper |
| C92/10 2/4/92 Restani, J. | Heath Co. | 91-4-00255 | 9405.40.6000 7.6% | 9405.40.8000 3.9% | Agreed statement of facts | Los Angeles Security lighting control systems |
| C92/11 2/4/92 Restani, J. | KMart Corp. | 91-6-00427 | 8513.10.20 25% | 9503.90.60 6.8% | Agreed statement of facts | Los Angeles Disney Mickey & Donald Fun Faces Flashlights |
| C92/12 2/4/92 Aquilino, J. | What's What, Inc. | 90-1-00044 | 700.45 10% | 700.20 2.5% | Agreed statement of facts | New York Ladies shoes |
| C92/13 2/11/92 Carman, J. | Nadel Trading Corp. | 90-4-00184 | 787.47 7% | 912.34 Free of duty | Agreed statement of facts | Newark, San Juan Certain toys |
| C92/14 2/11/92 Carman, J. | Abbeville Press, Inc. | 85-10-01451 | 274.60 $0.06 per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S., S.O. 90-65 (1990) | New York Books |
| C92/15 3/2/92 Carman, J. | Daewoo Int'l (America) Corp. | 90-10-00555 | 6202.93.5010, 6204.63.3510, 6201.93.3510, 6201.13.4030, 6203.43.4010 Various rates | 6211.43.0040, 6211.43.0050, 6211.33.0030, 6211.33.0035 Various rates | Daewoo Int'l (America) Corp. v. U.S., Ct. No. 90-10-00556 | Los Angeles Men's, women's, Jr. boy's & toddler's track suits |

| | | | | | | |
|---|---|---|---|---|---|---|
| C92/16 3/2/92 Carman, J. | Daewoo Int'l (America) Corp. | 90–12–00705 S1 | 6202.93.5010, 6204.63.3510, 6201.93.3510, 6201.13.4030, 6203.43.4010 Various rates | 6211.43.0040, 6211.43.0050, 6211.33.0030, 6211.33.0035 Various rates | Daewoo Int'l (America) Corp. v. U.S., Ct. No. 90–10–00556 | Los Angeles Men's, women's, jr. boy's & toddler's track suits |
| C92/17 3/2/92 Carman, J. | Daewoo Int'l (America) Corp. | 91–4–00246 S1 | 6202.93.5010, 6204.63.3510, 6201.93.3510, 6201.13.4080, 6203.43.4010 Various rates | 6211.43.0040, 6211.43.0050, 6211.33.0030, 6211.33.0035 Various rates | Daewoo Int'l (America) Corp. v. U.S., Ct. No. 90–10–00556 | Los Angeles Men's, women's, jr. boy's & toddler's track suits |
| C92/18 3/2/92 Aquilino, J. | E. Gluck Corp. | 90–10–00538 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42 etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (1989) or Texas Instruments Inc. v. U.S., 673 F.2d 1375 (1982) | New York Quartz analog watches, etc. |
| C92/19 3/2/92 Aquilino, J. | E. Gluck Corp. | 90–11–00581 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42 etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (1989) or Texas Instruments Inc. v. U.S., 673 F.2d 1375 (1982) | New York Quartz analog watches, etc. |
| C92/20 3/2/92 Aquilino, J. | E. Gluck Corp. | 91–4–00250 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42 etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (1989) or Texas Instruments Inc. v. U.S., 673 F.2d 1375 (1982) | New York Quartz analog watches etc. |
| C92/21 3/2/92 Carman, J. | Olympus Corp. | 91–4–00287 | 708.93 9% | 676.54 Free-of-duty | Agreed statement of facts | New York "Olympus 2 Dimensional Actuator Model 'TAOHSPD' without FPPS Sensor |
| C92/22 3/6/92 Aquilino, J. | E.R. Carpenter | 91–7–00489 | 4202.22.15005 20% | 3923.29.00 3% | Agreed statement of facts | Los Angeles Three sizes of 4 mil vinyl zipper bags with handles |

# ABSTRACTED CLASSIFICATION DECISIONS — continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/23 3/6/92 Tsoucalas, J. | General Electric Co. | 88-5-00368 | 685.90 5.7% or 5.3% | 709.63 2.2% or 2.1% 710.80 5.2% | Agreed statement of facts | Milwaukee Components and optional units of X-ray computerized tomography ("CT") equipment |
| C92/24 3/6/92 Aquilino, J. | Jimlar Corp. | 91-4-00251 | 700.57 37.5% | 700.45 10% | Agreed statement of facts | New York Women's grain leather "Bean" boots |
| C92/25 3/6/92 Aquilino, J. | Kent Int'l | 91-12-00854 | 8712.00.30 11% | 8712.00.20 5.5% | Agreed statement of facts | Los Angeles Bicycles |
| C92/26 3/11/92 Aquilino, J. | L.B. Int'l | 89-7-00435 | 355.25 12.5% | 359.60 3.4% | Elbe Products Corp. v. U.S., 846 F.2d 743 (Fed. Cir. 1988) | New York Fabrics |
| C92/27 3/12/92 Musgrave, J. | Brother Int'l Corp. | 91-1-00029 | 389.62 Various rates | 676.5 Various rates | Agreed statement of facts | New York Ribbons mounted on spools |
| C92/28 3/12/92 Musgrave, J. | Hartog Foods Int'l Inc. | 87-12-01166 | 152.42 13.1% or 13.8% 152.78 15% 152.88 15% | 165.55 3¢ per gallon of reconstituted juice as prescribed by TSUS Schedule 1, Part 12, Subpart A, headnote 3(a) | Hartog Foods Int'l v. U.S. S.O. 91-85 (1991) | New York Apricot, pear and/or peach concentrate |
| C92/29 3/12/92 Musgrave, J. | Int'l Nickel Inc. | 90-3-00145 | 2836.99.50 3.7% | 2620.90.30 Free of duty | Agreed statement of facts | Buffalo Nickel residue |

| | | | | | | |
|---|---|---|---|---|---|---|
| C92/30 3/17/92 Aquilino, J. | Int'l Cargo & Surety Ins. Co. | 91-5-00348 | 682.95 5.3% | 832.00 Free of duty | Agreed statement of facts | Los Angeles Dry batteries |
| C92/31 3/19/92 Carman, J. | Defontaine, Inc. | 86-8-01001 | 681.39 or 8485.90. 00008 Various rates | 680.49 Various rates | Rollix Bearing, Inc. v. U.S. S.O. 91-3 (1991) | Milwaukee Geared slewing rings |
| C92/32 3/19/92 Aquilino, J. | E. Gluck Corp. | 83-7-01017 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/33 3/19/92 Goldberg, J. | Inter-Continental | 84-11-01683 | 546.60 30% | 546.38 12.5% | Agreed statement of facts | Laredo Measuring cups |
| C92/34 3/19/92 Goldberg, J. | Martin's Herend Imports, Inc. | 88-5-00391 | 534.87 7% | 534.11 or 6913.10.10 3.1% | Agreed statement of facts | New York Porcelain figurines |
| C92/35 3/19/92 Aquilino, J. | Winer Industries, Inc | 89-1-00042 | 381.9530 14¢ per lb. + 27.5% | 376.5609 7.6% | Pacific Trail Sportswear v. U.S., 5 CIT 206 (1983) | Los Angeles Waterproof bib pants |
| C92/36 3/20/92 Aquilino, J. | Ford New Holland, Inc. | 90-10-00536 | 8429.51.10 2% | 8701.90.10 Free of duty | Agreed statement of facts | Los Angeles Tractors |
| C92/37 3/20/92 Aquilino, J. | E. Gluck Corp. | 88-8-01098 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/38 3/20/92 Aquilino, J. | E. Gluck Corp. | 83-9-01274 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches etc. |

# ABSTRACTED CLASSIFICATION DECISIONS—continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/39 3/20/92 Aquilino, J. | E. Gluck Corp. | 84-3-00307 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches etc. |
| C92/40 3/20/92 Aquilino, J. | Value City Imports | 89-5-00265 | Not stated | 381.69987 3% | Agreed statement of facts | Cleveland Men's linen sport coats |
| C92/41 3/23/92 Aquilino, J. | Daewoo Int'l (America) Corp. | 90-10-00555S | 6202.93.5010 or 6204.63.3510 29.5% or 30.4% (Women's track suits) 6201.93.3510 or 6203.43.4010 29.5% or 29.7% (Men's track suits) | 6211.43.0040 or 6211.43.0050 17% (Women's track suits) 6211.33.0030 or 6211.33.0085 17% (Men's track suits) | Daewoo Int'l (America) Corp. v. U.S. 12 CIT 889 (1988) | Los Angeles Women's & men's track suits |
| C92/42 3/24/92 Aquilino, J. | Armstrong Ford, Inc. | 90-5-00251 | 8703.23.0159 6% | 8703.23.0159 3.5% | Agreed statement of facts | St. Croix Mitsubishi Mirage automobiles |
| C92/43 3/24/92 Aquilino, J. | E. Gluck Corp. | 90-9-00470 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches etc. |
| C92/44 3/24/92 Aquilino, J. | E. Gluck Corp. | 90-11-00591 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches etc. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C92/45 4/2/92 Aquilino, J. | E. Gluck Corp. | 88-12-01798 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York | Quartz analog watches, etc. |
| C92/46 4/2/92 Aquilino, J. | E. Gluck Corp. | 83-1-00013 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York | Quartz analog watches, etc. |
| C92/47 4/2/92 Aquilino, J. | E. Gluck Corp. | 83-1-00025 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York | Quartz analog watches, etc. |
| C92/48 4/2/92 Aquilino, J. | E. Gluck Corp. | 83-7-01047 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York | Quartz analog watches, etc. |
| C92/49 4/2/92 Aquilino, J. | E. Gluck Corp. | 83-8-01164 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York | Quartz analog watches, etc. |
| C92/50 4/2/92 Aquilino, J. | E. Gluck Corp. | 84-1-00051 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York | Quartz analog watches, etc. |

# ABSTRACTED CLASSIFICATION DECISIONS — continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/51 4/2/92 Aquilino, J. | E. Gluck Corp. | 84-1-00064 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/52 4/2/92 Aquilino, J. | E. Gluck Corp. | 84-1-00084 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/53 4/2/92 Aquilino, J. | E. Gluck Corp. | 84-1-00095 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/54 4/2/92 Aquilino, J. | E. Gluck Corp. | 84-4-00572 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/55 4/2/92 Aquilino, J. | E. Gluck Corp. | 84-5-00604 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |

| | | | | | | |
|---|---|---|---|---|---|---|
| C92/56 4/2/92 Aquilino, J. | E. Gluck Corp. | 84-6-00762 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/57 4/2/92 Aquilino, J. | E. Gluck Corp. | 84-6-00823 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/58 4/2/92 Aquilino, J. | E. Gluck Corp. | 84-10-01404 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/59 4/2/92 Aquilino, J. | E. Gluck Corp. | 84-11-01623 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/60 4/2/92 Aquilino, J. | E. Gluck Corp. | 84-11-01624 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/61 4/2/92 Aquilino, J. | E. Gluck Corp. | 89-8-00467 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |

## ABSTRACTED CLASSIFICATION DECISIONS — continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/62 4/2/92 Aquilino, J. | E. Gluck Corp. | 90-12-00684 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/63 4/2/92 Aquilino, J. | I.D. Enterprises, Inc. | 90-4-00189 | 715.05 8c each + 6% or 36c each | 688.36 3.9% | Agreed statement of facts | Los Angeles Ladies analog watches |
| C92/64 4/9/92 DiCarlo, J. | BASF Corp. | 89-4-00203 | 409.92, 409.90, 409.86 15%, 20% or 9% | 474.26 1.8% | BASF Wyandotte Corp. v. U.S., 11 CIT 652 (1987), aff'd, 855 F.2d 852 (1988) | Richmond Bafixan liquids |
| C92/65 4/9/92 DiCarlo, J. | BASF Corp. | 89-4-00204 | 409.92, 409.90, 409.86 15%, 20% or 9% | 474.26 1.8% | BASF Wyandotte Corp. v. U.S., 11 CIT 652 (1987), aff'd, 855 F.2d 852 (1988) | Richmond Bafixan liquids |
| C92/66 4/9/92 Aquilino, J. | E. Gluck Corp. | 84-8-01199 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/67 4/9/92 Aquilino, J. | Hansom Fabrics, Inc | 89-8-00450 | 322.8823 17.10% paid on full value of the goods | 8067.2040 17.10% assessed only on cost of the alteration, namely, $0.08 per yard for 6349 yards, a total of $507.92 | Agreed statement of facts | New York 100% cotton yarn-dyed striped poplin shirting |

| Court No. / Date / Judge | Plaintiff | Entry No. | Classified under | Claimed | Basis | Location / Merchandise |
|---|---|---|---|---|---|---|
| C92/68 4/9/92 Musgrave, J. | High Impact Apparel Ltd. | 84-1-00061 | Merchandise was classified under various provisions of Schedule 3 of the TSUS | 376.56 13.5%, 12.1%, or 10.6% | Agreed statement of facts | New York Outerwear garments |
| C92/69 4/9/92 DiCarlo, J. | Merck, Sharp & Dohme Int'l | 89-1-00034-S | 497.49 5% | 437.76 Free of duty | Agreed statement of facts | New York Microorganism cultures |
| C92/70 4/22/92 Tsoucalas, J. | General Electric Co. | 88-5-00369-S | 685.90 6.1%, 5.7% or 5.3% | 709.63 2.2% or 2.1% for Operator Console 710.80 5.6%, 5.2% or 4.9% for Diagnostic Console | Agreed statement of facts | Milwaukee Components and optional units of x-ray computerized tomography |
| C92/71 4/30/92 Aquilino, J. | E. Gluck Corp. | 84-10-01455 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/72 4/30/92 Aquilino, J. | E. Gluck Corp. | 84-10-01500 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/73 4/30/92 Aquilino, J. | E. Gluck Corp. | 85-08-01021 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc |
| C92/74 4/30/92 Aquilino, J. | E. Gluck Corp. | 85-08-01042 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |

ABSTRACTED CLASSIFICATION DECISIONS — continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/75 4/30/92 Aquilino, J. | E. Gluck Corp. | 85-9-01152 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/76 4/30/92 Aquilino, J. | E. Gluck Corp. | 85-09-01211 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/77 4/30/92 Aquilino, J. | E. Gluck Corp. | 85-12-01715 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/78 4/30/92 Aquilino, J. | E. Gluck Corp. | 86-03-00362 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/79 4/30/92 Aquilino, J. | E. Gluck Corp. | 86-04-00537 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |

| | | | | | | |
|---|---|---|---|---|---|---|
| C92/80 4/30/92 Aquilino, J. | E. Gluck Corp. | 86-05-00605 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/81 4/30/92 Aquilino, J. | E. Gluck Corp. | 86-09-01134 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/82 4/30/92 Aquilino, J. | E. Gluck Corp. | 86-11-01415 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/83 4/30/92 Aquilino, J. | E. Gluck Corp. | 86-11-01444 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/84 4/30/92 Aquilino, J. | E. Gluck Corp. | 87-01-00027 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/85 4/30/92 Aquilino, J. | E. Gluck Corp. | 88-7-00578 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |

## ABSTRACTED CLASSIFICATION DECISIONS — continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/86 4/30/92 Aquilino, J. | E. Gluck Corp. | 90–11–00601 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/87 4/30/92 Aquilino, J. | E. Gluck Corp. | 91–05–00407 | 716.09–716.45, 715.05, Various rates | 688.40, 688.45, 688.43, 688.42, Various rates | Belfont Sales Corp. v. U.S., 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982). | New York Quartz analog watches, etc. |
| C92/88 5/1/92 DiCarlo, J. | HumbertoVidal, Inc. | 90–12–00625 | 6402.99.70 37.5% plus 90 ¢/pair | 6402.99.15 6% | Agreed statement of facts | San Juan Footwear |
| C92/89 5/14/92 Tsoucalas, J. | American Cyanamid Co. | 91–6–00449 | 9018.90.80005 7.9% | 3006.10.00 Various rates | Agreed statement of facts | New York Sterile surgical sutures |
| C92/90 5/14/92 Carman, J. | Cameron & Co. | 83–11–01653 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S. S.O. 90–65 (1990) | Los Angeles Books with textual and pictorial content |
| C92/91 5/14/92 Carman, J. | Robert W. Cameron & Co. | 83–11–01654 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S. S.O. 90–65 (1990) | Hawaii Books with textual and pictorial content |
| C92/92 5/14/92 Carman, J. | Robert W. Cameron & Co. | 84–5–00719 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S. S.O. 90–65 (1990) | San Francisco Books with textual and pictorial content |

| No./Date/Judge | Plaintiff | Entry No. | Classified | Claimed | Citation | Port / Merchandise |
|---|---|---|---|---|---|---|
| C92/93 5/14/92 Carman, J. | Cameron & Co. | 84-10-01385 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S. S.O. 90-65 (1990) | San Francisco Books with textual and pictorial content |
| C92/94 5/14/92 Carman, J. | Robert W. Cameron & Co. | 84-11-01592 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S. S.O. 90-65 (1990) | Hawaii Books with textual and pictorial content |
| C92/95 5/14/92 Carman, J. | Cameron & Co. | 86-9-01289 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S. S.O. 90-65 (1990) | San Francisco Books with textual and pictorial content |
| C92/96 5/14/92 Carman, J. | Cameron & Co. | 87-2-00191 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S. S.O. 90-65 (1990) | San Francisco Books with textual and pictorial content |
| C92/97 5/14/92 Carman, J. | Robert W. Cameron & Co. | 87-3-00474 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S. S.O. 90-65 (1990) | Hawaii Books with textual and pictorial content |
| C92/98 5/14/92 Carman, J. | Cameron & Co. | 87-11-01083 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S. S.O. 90-65 (1990) | Los Angeles Books with textual and pictorial content |
| C92/99 5/14/92 Carman, J. | Robert W. Cameron & Co. | 89-2-00066 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S. S.O. 90-65 (1990) | San Francisco Books with textual and pictorial content |
| C92/100 5/14/92 Carman, J. | Chronicle Publishing Co. | 85-12-01770 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S., S.O. 90-65 (1990) | San Francisco Books with textual and pictorial content |
| C92/101 5/14/92 Carman, J. | Chronicle Publishing Co. | 89-2-00068 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S., S.O. 90-65 (1990) | San Francisco Books with textual and pictorial content |
| C92/102 5/14/92 Tsoucalas, J. | Floral Glass & Mirror | 90-7-00376 | 543.27 19.75¢ per sq. ft. | 542.11 or 542.13 1.5¢ per lb. or 1.9¢ per lb. | Agreed statement of facts | New York Window glass |
| C92/103 5/19/92 Carman, J. | Cameron & Co. | 85-7-00944 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S. S.O. 90-65 (1990) | San Francisco Books with textual and pictorial content |
| C92/104 5/19/92 Carman, J. | Cameron & Co. | 85-12-01769 | 274.60 6¢ per lb. | 270.25 Free of duty | Outlet Book Co. v. U.S. S.O. 90-65 (1990) | Hawaii & San Francisco Books with textual and pictorial content |
| C92/105 5/22/92 Tsoucalas, J. | Liz Claiborne Accessories, Inc. | 89-10-00561 | 4202.32.20 20% | 4202.32.10 12.1¢/kg + 4.6% | Agreed statement of facts | New York Various styles of flat goods |

## ABSTRACTED CLASSIFICATION DECISIONS — continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/106 5/22/92 Tsoucalas, J. | Liz Claiborne Accessories, Inc. | 90-1-00010 | 4202.32.20 20% | 4202.32.10 12.1¢/kg + 4.6% | Agreed statement of facts | New York Various styles of flat goods |
| C92/107 5/22/92 Tsoucalas, J. | Liz Claiborne Accessories, Inc. | 90-1-00050 | 4202.32.20 20% | 4202.32.10 12.1¢/kg + 4.6% | Agreed statement of facts | New York Various styles of flat goods |
| C92/108 5/22/92 Tsoucalas, J. | Liz Claiborne Accessories, Inc. | 90-3-00158 | 4202.32.20 20% | 4202.32.10 12.1¢/kg + 4.6% | Agreed statement of facts | New York Various styles of flat goods |
| C92/109 5/22/92 Tsoucalas, J. | Liz Claiborne Accessories, Inc. | 90-6-00274 | 4202.32.20 20% | 4202.32.10 12.1¢/kg + 4.6% | Agreed statement of facts | New York Various styles of flat goods |
| C92/110 5/22/92 Carman J. | Westcliffe Publishers Inc. | 89-5-00223 | 274.60 6¢ per lb. | 270.25 Free of duty | Agreed statement of facts | Denver Books with textual and pictorial content |
| C92/111 5/29/92 Tsoucalas, J. | Alh Systems Inc. | 85-12-01775 | Various provisions of Schedule 4 | 494.60 Various rates for entries marked "A" 407.16, 407.17 or 407.19 Various rates for entries marked "B" 432.25, 432.26, or 432.28 Various rates for entries marked "C" | Agreed statement of facts | Chicago Three types of polyurethane resins |

| | | | | | | |
|---|---|---|---|---|---|---|
| C92/112 5/29/92 Tsoucalas, J. | General Electric Co. | 89-5-01261-S | 685.90 5.3% | 709.63 2.1% for Operator Console 710.80 4.9% for Diagnostic Console | Agreed statement of facts | Milwaukee Components and optional units of X-ray computerized tomography |
| C92/113 6/2/92 Tsoucalas, J. | General Electric Co. | 88-11-00857-S | 685.90 5.7% or 5.3% | 709.63 2.1% or 2.2% for Operator Console 710.80 4.9% or 5.2% for Diagnostic Console | Agreed statement of facts | Milwaukee Components and optional units of X-ray computerized tomography |
| C92/114 6/2/92 Goldberg, J. | Liz Claiborne Accessories, Inc. | 90-8-00412 | 4202.32.20 20% | 4202.32.10 12.1¢/kg. + 4.6% | Agreed statement of facts | New York Various styles of flat goods |
| C92/115 6/2/92 Tsoucalas, J. | NEC Technologies, Inc. | 90-11-00607 | 8473.30.80, 8587.10.00 or 8536.90.00 3.9% or 5.3% | 8473.30.40 Free of duty | Agreed statement of facts | Atlanta Printed circuit boards |
| C92/116 6/5/92 Goldberg, J. | Liz Claiborne Accessories, Inc. | 90-6-00273 | 4202.39.00 20% 4202.22.15 20% | 4202.32.10 12.1¢/kg. + 4.6% | Agreed statement of facts | New York Various styles of flat goods |
| C92/117 6/11/92 Goldberg, J. | Mepco/Electa, Inc. | 90-10-00500 | 682.55 or 682.25 Various rates | 682.60 Various rates | Agreed statement of facts | West Palm Beach Coils assemblies |
| C92/118 6/11/92 Musgrave, J. | Turtle Bay Ind. | 81-12-01613 | Various provisions of Schedule 3 | 376.56 Various rates | Agreed statement of facts | New York Various styles of outerwear garments |
| C92/119 6/15/92 Goldberg, J. | Liz Claiborne Accessories, Inc. | 90-11-00576 | 4202.32.20 20% | 4202.32.10 12.1¢/kg. + 4.6% | Agreed statement of facts | New York Various styles of flat goods |

# ABSTRACTED CLASSIFICATION DECISIONS — continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/120 6/15/92 Goldberg, J. | Liz Claiborne Accessories, Inc. | 91-3-00283 | 4202.32.20 20% | 4202.32.10 12.1¢/kg. + 4.6% | Agreed statement of facts | New York Various styles of flat goods |
| C92/121 6/17/92 Goldberg, J. | Liz Claiborne Accessories, Inc. | 91-5-00412 | 4202.32.20 20% | 4202.32.10 12.1¢/kg. + 4.6% | Agreed statement of facts | New York Various styles of flat goods |
| C92/122 6/17/92 Goldberg, J. | Liz Claiborne Accessories, Inc. | 92-4-00254 | 4202.32.20 20% | 4202.32.10 12.1¢/kg. + 4.6% | Agreed statement of facts | New York Various styles of flat goods |
| C92/123 6/17/92 Goldberg, J. | Teradata Corp. | 92-3-00154 | 8517.40.70000-6 4.7% | 8471.99.1500-8 Free of duty | Agreed statement of facts | San Francisco Communication processors |
| C92/124 6/17/92 Goldberg, J. | Trek Bicycle Corp. | 90-7-00354 | 8712.00.30 11% | Not stated 5.5% | Agreed statement of facts | Los Angeles Certain bicycles from Taiwan |
| C92/125 7/9/92 Carman, J. | Heraeus-Amersil, Inc. | 89-12-00676 | 548.05 8.1% or 7.3% | 547.53 6.9% or 6.3% | Agreed statement of facts | New York Rotosil opaque fused quartz tubes with one end closed and bell jars in various dimensions |
| C92/126 7/9/92 DiCarlo, C.J. | Mattel, Inc. | 86-2-00185 | 737.95 10.9% or 9.6% | 912.20 Free of duty | Mattel, Inc. v. U.S., S.O. 90-9, 733 F. Supp. 1503 (1990), rev'd 926 F.2d 1116 (1991) | New York Sunglasses, etc. |

| | | | | | | |
|---|---|---|---|---|---|---|
| C92/127 7/13/92 Musgrave, J. | Fabil Manufacturing, Co. | 88-6-00462 | Various provisions of Schedule 3 | 376.56 Various rates | Agreed statement of facts | New York Clothing |
| C92/128 7/13/92 Newman, S.J. | Dontar, Inc. | 91-7-00523 | 4802.52.10.00 Various rates | 4802.52.90.00 Various rates | Agreed statement of facts | Derby-line, Vt., etc. Windsor Wove paper and other types of paper |
| C92/129 7/15/92 DiCarlo, C.J. | Charles Jacquin | 89-6-00815 | 148.78 20% | 153.32 7% | Agreed statement of facts | Los Angeles, etc. Peach preserves |
| C92/130 7/21/92 Newman, S.J. | Defontaine, Inc. | 90-4-00192 | 681.39 6.7% or 5.7% | 680.49 2.5% or 3% | Rollix Bearing, Inc. v. U.S., S.O. 91-3 (1991) | Milwaukee and Housten Geared slewing rings |
| C92/131 7/28/92 Newman, S.J. | Okura & Co. | 90-9-00455 | 8417.90 5.7% | 6902.10.10 Free of duty | Agreed statement of facts | Los Angeles LD-CB Refractories and Tuyeres |
| C92/132 8/10/92 Musgrave, J. | E.B. Eddy Forest Products Ltd. | 91-6-00419 | 4810.11.90 2.5% or 1.5% | 4802.52.90 Free of duty | E. Dillingham, Inc. v. U.S., S.O. 91-40 (1991) | Ogdensburg, etc. Various grades of printing paper |
| C92/133 8/10/92 Musgrave, J. | E.B. Eddy Forest Products Ltd. | 91-12-00914 | 4810.11.90 1.5% or 1.0% | 4802.52.90 Free of duty | E. Dillingham, Inc. v. U.S., S.O. 91-40 (1991) | Buffalo and Detroit Various grades of printing paper |
| C92/134 8/10/92 Musgrave, J. | John V. Carr & Son, Inc. | 91-12-00846 | 254.46 3% 254.56 4.7% or 4.4% | 252.67 Free of duty 252.75 2.9% or 2.4% | E. Dillingham, Inc. v. U.S., S.O. 91-40 (1991) | Detroit Various grades of printing and writing paper |
| C92/135 8/10/92 Musgrave, J. | Sea-Land Service, Inc. | 90-5-00230 | This type of merchandise classified by Customs Service in HR 085296 (12/6/89), HR 087580 (3/6/90), and HR 08347 (6/15/89) under 8609.00.0000 Free of duty | Customs to reliquidate merchandise under 8609.00.0000 Free of duty | Agreed statement of facts | Seattle and Elizabeth Refrigerated freight containers |

ABSTRACTED CLASSIFICATION DECISIONS—continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/136 8/10/92 Musgrave, J. | Toshoku America, Inc. | 92-3-00207 | 8712.00.35 11% | 8712.00.25 — | Agreed statement of facts | Los Angeles Bicycles having 700c wheel rims. |
| C92/137 8/12/92 Newman, S.J. | G. Heileman Brewing Co. | 86-11-01447 | 533.30 13.5% | A534.87 Free of duty | G. Heileman Brewing Co. v. U.S., S.O. 90-87 (1990) | Baltimore Certain ceramic steins imported from Brazil |
| C92/138 8/12/92 Newman, S.J. | Martin's Herend Imports, Inc. | 90-4-00177 | 534.94, 6911.90.00505 or 6918.10.50 9% | 534.11 or 6913.10.10 3.1% | Agreed statement of facts | Dulles Int'l Airport and Baltimore Porcelain figurines |
| C92/139 8/12/92 Newman, S.J. | Viam Manufacturing, Inc. | 90-12-00619 | 389.50 5¢ per lb. + 15.7% | 360.83 10.6% | Agreed statement of facts | Los Angeles Floor mats for automobiles |
| C92/140 8/13/92 Musgrave, J. | Berndorf ICB, Inc. | 92-3-00178 | 7219.33.00 10.1% | 7326.90.90 5.7% | Agreed statement of facts | Seattle Stainless steel process bands for a Siempel-kamp Conti-Roll particle board press |
| C92/141 8/14/92 Aquilino, J. | E. Gluck Corp. | 88-5-06532S2 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S. 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz Analog watches, etc. |
| C92/142 8/14/92 Aquilino, J. | E. Gluck Corp. | 84-10-01400 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S. 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz Analog watches, etc. |

| | | | | | | |
|---|---|---|---|---|---|---|
| C92/143<br>8/14/92<br>Aquilino, J. | E. Gluck Corp. | 86-8-01045 | 716.09–716.45,<br>715.05, etc.<br>Various rates | 688.40, 688.45,<br>688.43, 688.42, etc.<br>Various rates | Belfont Sales Corp. v.<br>U.S. 878 F.2d 1413<br>(Fed. Cir. 1989) or<br>Texas Instruments,<br>Inc. v. U.S., 673 F.2d<br>1375 (Fed. Cir. 1982) | New York<br>Quartz Analog watches,<br>etc. |
| C92/144<br>8/14/92<br>Aquilino, J. | E. Gluck Corp. | 86-12-01537 | 716.09–716.45,<br>715.05, etc.<br>Various rates | 688.40, 688.45,<br>688.43, 688.42, etc.<br>Various rates | Belfont Sales Corp. v.<br>U.S. 878 F.2d 1413<br>(Fed. Cir. 1989) or<br>Texas Instruments,<br>Inc. v. U.S., 673 F.2d<br>1375 (Fed. Cir. 1982) | New York<br>Quartz Analog watches,<br>etc. |
| C92/145<br>8/14/92<br>DiCarlo, C.J. | Mattel, Inc. | 86-3-00276 | 737.95<br>10.9% or 9.6% | 912.20<br>Free of duty | Mattel, Inc. v. U.S.,<br>733 F.Supp. 1503<br>(1990), rev'd, 926<br>F.2d 1116 (Fed. Cir.<br>1991) | New York<br>Toys, etc. |
| C92/146<br>8/14/92<br>DiCarlo, C.J. | Mattel, Inc. | 86-9-01086 | 737.95<br>10.9% or 9.6% | 912.20<br>Free of duty | Mattel, Inc. v. U.S.,<br>733 F.Supp. 1503<br>(1990), rev'd, 926<br>F.2d 1116 (Fed. Cir.<br>1991) | New York<br>Toys, etc. |
| C92/147<br>8/14/92<br>DiCarlo, C.J. | Mattel, Inc. | 86-9-01122 | 737.95<br>10.9% or 9.6% | 912.20<br>Free of duty | Mattel, Inc. v. U.S.,<br>733 F.Supp. 1503<br>(1990), rev'd, 926<br>F.2d 1116 (Fed. Cir.<br>1991) | New York<br>Toys, etc. |
| C92/148<br>8/14/92<br>DiCarlo, C.J. | Mattel, Inc. | 87-6-00744 | 737.95<br>10.9% or 9.6% | 912.20<br>Free of duty | Mattel, Inc. v. U.S.,<br>733 F.Supp. 1503<br>(1990), rev'd, 926<br>F.2d 1116 (Fed. Cir.<br>1991) | New York<br>Toys, etc. |

## ABSTRACTED CLASSIFICATION DECISIONS — continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/149 8/14/92 Musgrave, J. | Pharmacia LKB Biotechnology Inc. | 91-4-00260 | 8421.99.00 3.9% for FPLC Manager 3914.00 .00 3.9% for Protein A, Protein G, and Calmodulin 712.05 10% for laser densitometer | 8524.90.40 9.7¢ per square meter of recording surface for FPLC Manager 3002.90.50 Free of duty for Protein A, FITC Protein A and Protein G 3001.20. 00 1.5% for Calmodulin 712.49 4.9% for laser densitometer | Pharmacia Inc. v. U.S., Ct. No. 90-6-00279, Abs. C91/343 (Nov. 22, 1991); Pharmacia Inc. v. U.S., Ct. No. 86-5-00631, Abs. C88/285 (Dec. 29, 1988) | New York FPLC Manager, diskettes containing software for use with liquid chromatography apparatus; Protein A, and FITC Protein A, and Protein G, toxin-type binding reagents used in cell biology; Calmodulin, an extract from animal organs used in cell biology; Ultroscan XL Enhanced Laser Densitometer |
| C92/150 8/17/92 Goldberg, J. | Pollak Import-Export Corp. | 89-5-00255 | 384.62 20% + 31¢ per lb. | 384.63 17% | Agreed statement of facts | New York Ladies 100% wool or boiled wool knitted cardigan jackets |
| C92/151 8/19/92 Aquilino, J. | E. Gluck Corp. | 90-11-00615 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/152 8/19/92 Aquilino, J. | E. Gluck Corp. | 90-12-00632 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |

| Case No. / Date / Judge | Plaintiff | Court No. | Claimed | Assessed | Authority | Port / Merchandise |
|---|---|---|---|---|---|---|
| C92/153 8/26/92 Newman, S.J. | Brookside Veneers, Ltd. | 90-7-00349 | 4421.90. 5.1% | 4408.20.0000 Free of duty 4412.29.5000 4% | Agreed statement of facts | New York Manmade sliced wood |
| C92/154 8/26/92 Newman, S.J. | Brookside Veneers, Ltd. | 90-10-00513 | 4421.90. 5.1% | 4408.20.0000 Free of duty 4412.29.5000 4% | Agreed statement of facts | New York Manmade sliced wood |
| C92/155 8/26/92 Newman, S.J. | Brookside Veneers, Ltd. | 91-3-00234 | 4421.90. 5.1% | 4408.20.0000 Free of duty 4412.29.5000 4% | Agreed statement of facts | New York Manmade sliced wood |
| C92/156 8/26/92 Newman, S.J. | Brookside Veneers, Ltd. | 91-7-00500 | 4421.90. 5.1% | 4408.20.0000 Free of duty 4412.29.5000 4% | Agreed statement of facts | New York Manmade sliced wood |
| C92/157 8/26/92 Musgrave, J. | Toymax Inc. | 92-4-00264 | 9502.10.20 12% | 9902.95.01 Free of duty | Agreed statement of facts | New York Stuffed human dolls |
| C92/158 8/28/92 Carman, J. | Heraeus-Amersil, Inc. | 82-6-00811 | 548.05 Various rates | 547.53 Various rates | Agreed statement of facts | New York Rotosil fused quartz tubes with one end closed in various dimensions and bell jars |
| C92/159 9/1/92 Aquilino, J. | E. Gluck Corp. | 84-5-00674 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/160 9/4/92 Tsoucalas, J. | Bickerstaff Clay Products Co. | 91-3-00183 | 7326.90.90905 5.7% | 8431.39.00105 2% | Agreed statement of facts | Savannah Stainless steel drying boards |

## ABSTRACTED CLASSIFICATION DECISIONS — continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/161 9/9/92 Carman, J. | Defontaine, Inc. | 89-5-00293 | 681.39 5.7% | 680.49 2.5% | Rollix Bearing, Inc. v. U.S., S.O. 91-3 (1991) | Houston, etc. Geared slewing rings |
| C92/162 9/9/92 Tsoucalas, J. | Hartog Foods, Int'l, Inc. | 92-2-00079 | 2007.99.65 12.5% | 2009.80.60 0.8c per liter | Agreed statement of facts | Newark Peach concentrate |
| C92/163 9/15/92 Tsoucalas, J. | Medallion Shoe Corp. | 90-11-00612 | 6402.91.50 37.5% | 6402.91.40 6% | Agreed statement of facts | Boston Women's boots |
| C92/164 9/24/92 Musgrave, J. | Fabil Manufacutring Co. | 88-5-00878 | Various provisions of Schedule 3, TSUS | 376.56 Various rates | Agreed statement of facts | New York Clothing |
| C92/165 9/24/92 DiCarlo, C.J. | Mattel, Inc. | 86-2-00262 | 737.95 10.9% | 912.20 Free of duty | Mattel, Inc. v. U.S., 733 F.Supp. 1503 (1990), rev'd, 926 F.2d 1116 (Fed. Cir. 1991) | Los Angeles Toys, etc. |
| C92/166 9/24/92 DiCarlo, C.J. | Mattel, Inc. | 86-8-01080 | 737.95 10.9% | 912.20 Free of duty | Mattel, Inc. v. U.S., 733 F.Supp. 1503 (1990), rev'd, 926 F.2d 1116 (Fed. Cir. 1991) | Los Angeles Toys, etc. |
| C92/167 9/29/92 Musgrave, J. | David Peyser Sportswear, Inc. | 85-8-01116 | Various provisions of Schedule 3, TSUS | 376.56 Various rates | Agreed statement of facts | New York Various styles of outerwear garments |
| C92/168 9/29/92 Tsoucalas, J. | Inland Motor | 90-4-00221 | 682.25 or 8501.10.40 6.6% | 682.30 or 8501.10.60 4.2% | Agreed statement of facts | San Francisco Small electric stepper motors |

| | | | | | | |
|---|---|---|---|---|---|---|
| C92/169 10/6/92 Aquilino, J. | E. Gluck Corp. | 83-9-01383 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/170 10/6/92 Aquilino, J. | E. Gluck Corp. | 87-1-00069 | 716.09–716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (Fed. Cir. 1989) or Texas Instruments, Inc. v. U.S., 673 F.2d 1375 (Fed. Cir. 1982) | New York Quartz analog watches, etc. |
| C92/171 10/6/92 DiCarlo, J. | Mattel, Inc. | 87-11-01120 | 737.95 9.6% 8.3% 7.0% | 912.20 Free of duty | Mattel, Inc. v. U.S. 733 F.Supp. 1503 (1990) rev'd, 926 F.2d 1116 (1991) | New York Toys, etc. |
| C92/172 10/6/92 DiCarlo, J. | Mattel, Inc. | 86-2-00265 | 737.95 10.9% | 912.20 Free of duty | Mattel, Inc. v. U.S. 733 F.Supp. 1503 (1990) rev'd, 926 F.2d 1116 (1991) | Los Angeles Toys, etc. |
| C92/173 10/6/92 Restani, J. | Sea-Land Service, Inc. | 88-07-00518 | 661.35 Various rates | Merchandise were "instruments of international traffic" pursuant to 19 U.S.C. 1322(a) and 19 C.F.R. 10.41a(1) and as such, were not subject to entry or duty until diverted to unpermitted "point-to point local traffic" within the United States or otherwise withdrawn in the United States from their use in international traffic. | Agreed statement of facts | Anchorage etc. Refrigerated freight containers |

## ABSTRACTED CLASSIFICATION DECISIONS — continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/174 10/9/92 Carman, J. | BBC Brown Boveri, Inc. | 90-6-00305 | 661.06 5% | 661.10 3.5% | Agreed statement of facts | New York Turbo-chargers, etc. |
| C92/175 10/9/92 Tsoucalas, J. | Liz Claiborne Accessories, Inc. | 90-6-00274-S | 4202.32.20 20% | 4820.10.40 Free of duty | Agreed statement of facts | New York Address books, etc. |
| C92/176 10/16/92 Goldberg, J. | Liz Claiborne Accessories Inc. | 90-08-00412-S | 4202.32.20 20% | 4820.10.40 Free of duty (Styles Nos. 8147 8239 & 8240) 3926.10.00 5.3% (Styles Nos. 8429 & 8443) | Agreed statement of facts | New York Agendas or address books |
| C92/177 10/19/92 Goldberg, J. | Joy-See Fashions | 85-07-00923 | 383.0610 28% | 383.4747 16.5% Reliquidated with a refund to plaintiff of 40% of the difference between the duties paid at the rate of 28% and the duties under plaintiff's claimed provision at the rate of 16.5% | Agreed statement of facts | Not stated Cotton pants |

| | | | | | | |
|---|---|---|---|---|---|---|
| C92/178 10/19/92 Goldberg, J. | Joy-See Fashions | 86-05-00639 | 383.0520 25.8% 383.0628 28% | 383.3457 8% Refund to plaintiff of 40% of the difference between the duties paid at the rates of 25.8%, or 28% and the duties under plaintiff's claimed provision at the rate of 8% | Agreed statement of facts | Not stated Cotton jackets |
| C92/179 10/19/92 Goldberg, J. | Joy-See Fashions | 86-08-01047 | Cotton pants, 383.0610 383.0615 28% Cotton vests, 383.0628 28% Cotton jackets, 383.0520 25.8% Cotton overalls, 383.0895 26% | Cotton pants, 383.4747 16.5% Cotton vests, 383.4320 8% Cotton jackets, 383.3451 8% Cotton overalls, 383.5035 12.3% Refund to plaintiff of 40% of the difference between the duties paid at the rates of 28% or 26% or 25.8% and the duties under plaintiff's claimed provision at the rates of 16.5% or 12.3% or 8% | Agreed statement of facts | Not stated Cotton pants, cotton vests, cotton jackets, cotton overalls |
| C92/180 10/27/92 DiCarlo, J. | Mattel, Inc. | 86-02-00214 | 737.95 12.3% 10.9% | 912.20 Free of duty | Mattel, Inc. v. U.S., Slip Op. 90-9, 733 F.Supp. 1503, reversed 926 F.2d 1116 (1991) | Los Angeles Toys, etc. |
| C92/181 10/27/92 DiCarlo, J. | Mattel, Inc. | 86-11-01437 | 737.95 10.9% | 912.20 Free of duty | Mattel, Inc. v. U.S., Slip Op. 90-9, 733 F.Supp. 1503, reversed 926 F.2d 1116 (1991) | Los Angeles Toys, etc. |

## ABSTRACTED CLASSIFICATION DECISIONS — continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/182 10/27/92 DiCarlo, J. | Mattel, Inc. | 87-06-00691 | 737.95 9.6% | 912.20 Free of duty | Mattel Inc. v. U.S. Slip Op. 90-9, 783 F.Supp. 1503, reversed 926 F.2d 1116 (1991) | Los Angeles Toys, etc. |
| C92/183 10/28/92 Carman, J. | Louverdrape c/o Mid-America Overseas, Inc. | 90-11-00609 | 5512.29.07 Not stated | 5806.32.20 Not stated | Agreed statement of facts | Los Angeles Woven fabrics |
| C92/184 10/30/92 Carman, J. | Anheuser-Bush, Inc. | 91-09-00682 | 6912.00.41 5.5% | A6913.90.50 Free of duty | Agreed statement of facts | St. Louis Decorative ceramic mugs |
| C92/185 10/30/92 Carman, J. | Pan Paci-Textile | 91-9-00663 | 6202.93.5010 29.5% (women's jackets) 6204.63.3510 30.4% (women's trousers) 6201.93.3510 29.5% (men's jackets) 6203.43.4010 29.7% (men's trousers) | 6211.43.0040 17% (women's trousers) 6211.43.0050 17% (women's jackets) 6211.33.0080 17% (men's trousers) 6211.33.0085 17% (men's jackets) | Agreed statement of facts | Los Angeles Jackets and trousers |
| C92/186 10/30/92 Carman, J. | Scientific Products | 91-04-00277 | 9027.10.2000 4.9% | 8471.92.6580 3.7% | American Scientific Products v. U.S., Slip Op. 90-49 | Not stated Data printers |
| C92/187 11/6/92 Restani, J. | Montgomery Ward & Co. | 91-9-00698 | 6201.93.35 29.5% | 6201.93.30 7.6% | Agreed statement of facts | Not stated Men's 100% nylon anoraks |

| Case No. / Date / Judge | Plaintiff | Court No. | Classification & Rate | Claimed Classification & Rate | Authority | Port / Merchandise |
|---|---|---|---|---|---|---|
| C92/188 11/16/92 DiCarlo, J. | Mattel Inc. | 89-11-00622 | 737.95 10.9% 9.6% 8.3% | 912.20 Free of duty | Mattel, Inc. v. U.S. 926 F.2d 1116 (1991) | New York Toys, etc. |
| C92/189 11/16/92 DiCarlo, J. | Mattel Inc. | 87-5-00642 | 737.95 10.9% 9.6% | 912.20 Free of duty | Mattel, Inc. v. U.S. 926 F.2d 1116 (1991) | Los Angeles Toys, etc. |
| C92/190 11/18/92 Musgrave, J. | Transflock Inc. | 89-03-00131 | 256.87 5.6% | 273.75 7¢ per lb. | Agreed statement of facts | Buffalo Transfer flock decals |
| C92/191 11/25/92 Restani, J. | Dart Express (SFO) Inc. | 92-2-00119 | 9011.10.8000 9% | Free of duty for all merchandise (not of U.S. origin and classifiable under 9011.10.8000 9%) | Agreed statement of facts | San Francisco Spectrometer, computer and microscope |
| C92/192 12/3/92 Restani, J. | Astec USA (HK), Ltd. | 88-8-00673 | 682.60 3.6% or 3% | 676.54 Free of duty | Digital Equipment Corp. v. U.S., 889 F.2d 267 (Fed. Cir. 1989) | San Francisco Computer power supplies |
| C92/193 12/3/92 DiCarlo, C.J. | Mattel, Inc. | 86-2-00263 | 737.95 10.9% | 912.20 Free of duty | Mattel, Inc. v. U.S., 733 F. Supp. 1503 (1990), rev'd 926 F.2d 1116 (1991) | Los Angeles Toys, etc. |
| C92/194 12/7/92 Aquilino, J. | Avanti Products, Inc. | 89-11-00620 | 10% marking duty by Customs Service, 19 USC 1304 | ULN 3/60, ULN 2/90, & ULN 3/90 are not subject to 10% marking duty, 19 USC 1304 | Agreed statement of facts | Miami Cassette tapes |
| C92/195 12/4/92 Tsoucalas, J. | Bunzl Specialty Materials | 91-3-00170 | 355.2520 12.5% | 253.1500 3.4% | Agreed statement of facts | Savannah Surgical crepe paper |
| C92/196 12/7/92 Aquilino, J. | E. Gluck Corp. | 88-5-00327 | 716.09-716.45, 715.05, etc. Various rates | 688.40, 688.45, 688.43, 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (1989) or Texas Instruments, Inc. v. U.S. 673 F.2d 1375 (1982) | New York Quartz analog watches, etc. |

# ABSTRACTED CLASSIFICATION DECISIONS—continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| C92/197 12/9/92 Musgrave, J. | Cascades (East Angus) Inc. | 89-12-00675 | 4804.31.60 3.2% | 4804.31.40 Free of duty (80% of duty paid refunded to plaintiff, balance to defendant) | Agreed statement of facts | Alexandria Bay Metal interleaving kraft paper |
| C92/198 12/9/92 Aquilino, J. | Marcel Watch Co. | 88-11-01578 | 716.09-716.45, 715.15 etc. Various rates | 688.40, 688.45, 688.43 688.42, etc. Various rates | Belfont Sales Corp. v. U.S. 878 F.2d 1413 (1989) | New York Quartz analog clocks, etc. |
| C92/199 12/16/92 DiCarlo, C.J. | Mattel, Inc. | 87-8-00901 | 737.95 10.9%, 9.6% | 912.20 Free of duty | Mattel, Inc. v. U.S., 926 F.2d 1116 (1991) | Los Angeles Toys, etc. |
| C92/200 12/18/92 DiCarlo, J. | Mattel, Inc. | 86-2-00266 | 737.95 10.9% | 912.20 Free of duty | Mattel, Inc. v. U.S., 926 F.2d 1116 (1991) | Los Angeles Toys, etc. |
| C92/201 12/18/92 Aquilino, J. | Mattel, Inc. | 90-9-00449 | 737.95 8.3%, 7% | 912.20 Free of duty | Mattel, Inc. v. U.S., 926 F.2d 1116 (1991) | Los Angeles Toys, etc. |
| C92/202 12/23/92 Aquilino, J. | Cosco, Inc. | 91-8-00554 | 6307.90.95 7% | A6307.90.95 Free of duty | Agreed statement of facts | Brownsville Man made fiber infant carriers |
| C92/203 12/23/92 Aquilino, J. | Service Cycle Supply Corp. | 91-9-00643 | 732.24 11% | 732.18 5.5% | Agreed statement of facts | Baltimore All-terrain style bicycles |
| C92/204 12/23/92 Aquilino, J. | Teradata Corp. | 92-7-00499 | 8471.20.0090-0 3.9% | 8471.99.1500-8 Free of duty | Agreed statement of facts | Chicago Processors IFPs and AMPs, Part No. A29-1066-001 A and Part No. A29-1095-001 A |

| | | | | | | |
|---|---|---|---|---|---|---|
| C92/205 12/29/92 Aquilino, J. | A.N. Deringer, Inc. | 91-1-00042 | 9024.10.00 4.8% | 9801.00.10 Free of duty | Agreed statement of facts | Jackman Pipe scanner, serial number SN0015 |
| C92/206 12/31/92 Watson, J. | Astec USA (HK), Ltd. | 88-08-00672-S | 682.60 3.6% or 3% | 676.54 Free of duty | Digital Equipment Corp. v. U.S. 889 F.2d, 267 1989 | San Francisco Computer Supplies |
| C92//207 12/31/92 DiCarlo, J. | Mattel, Inc. | 87-11-01121 | 737.95 737.40 8.3% | 912.20 Free of duty | Mattel, Inc. v. U.S. 733 F.Supp. 1503, (1990) reversed 926 F.2d 1116 (1991) | New York Various toy articles valued not over 5¢ unit |

# ABSTRACTED VALUATION DECISIONS

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| V92/1 4/9/92 Aquilino J.. | Leslee Sports Importing Ltd. | 90-8-00380 | Transaction value | $5.50 per pair for Etonic soccer shoes and $5.00 per pair for Bauer soccer shoes | Agreed statement of facts | Ogdensburg Soccer shoes |
| V92/2 4/15/92 Goldberg, J. | International Seaway Trading | 79-7-01132 | American selling price | Liquidated appraised values less 12% per pair | Agreed statement of facts | New York Footwear |
| V92/3 4/15/92 Goldberg, J. | International Seaway Trading | 82-10-01406 | American selling price | Liquidated appraised values less 12% per pair | Agreed statement of facts | New York Footwear |
| V92/4 4/17/92 Aquilino, J. [Amends V92/1, 4/9/92] | Leslee Sports Importing Ltd. | 90-8-00380 | Transaction value | C.I.F. duty paid, delivered price of $5.50 per pair, less nondutiable charges for entry No. 112–2176649–3, Etonic soccer shoes; C.I.F. duty paid, delivered price of $5.50 per pair for Etonic soccer shoes and $5.00 for Bauer soccer shoes, less non-dutiable charges as entered for entry No. 112–2176868–9 | Agreed statement of facts | Ogdensburg Soccer shoes |
| V92/5 5/29/92 Goldberg, J. | Int'l Seaway Trading Corp. | 81-10-01373 | American selling price | Liquidated appraised values less 12% per pair | Agreed statement of facts | New York Footwear |

# ABSTRACTED VALUATION DECISIONS—continued

| DECISION NO. DATE JUDGE | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|
| V92/6 5/29/92 Goldberg, J. | Int'l Seaway Trading Corp. | 81-10-01374 | American selling price | Liquidated appraised values less 12% per pair | Agreed statement of facts | Los Angeles Footwear |
| V92/7 5/29/92 Goldberg, J. | Int'l Seaway Trading Corp. | 82-4-00464 | American selling price | Liquidated appraised values less 12% per pair | Agreed statement of facts | Los Angeles Footwear |
| V92/8 7/30/92 Goldberg, J. | Int'l Seaway Trading Corp. | 82-3-00389 | American selling price | Liquidated appraised values less 12% per pair | Agreed statement of of facts | San Francisco, etc. Footwear |
| V92/9 10/27/92 Newman, J. | KO Enterprises, Inc. | 90-06-00269 | Transaction value | $13,798.00 rather than $334,249.58 | Agreed statement of facts | Buffalo Used computers for scrap only |